David C. Powell (SBN 129781)
Email: dpowell@reedsmith.com
David S. Reidy (SBN 225904)
Email: dreidy@reedsmith.com
Amy Lifson-Leu (SBN 260062)
Email: alifsonleu@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone:   +1 415 543 8700
Facsimile:    +1 415 391 8269

Attorneys for Defendant
BAC Home Loans Servicing, LP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM G. STEWART AND NANCY STEWART,<br><br>                    Plaintiffs,<br><br>      vs.<br><br>BAC HOME LOANS SERVICING, LP, and Does 1 - 100,<br><br>                    Defendants. | Civil Action No. CV 10-01225SI<br><br>**STIPULATION EXTENDING TIME FOR FURTHER CASE MANAGEMENT CONFERENCE; and [PROPOSED] ORDER**<br><br>Date: Sept. 10. 2010<br>Time: 3:00 pm<br><br>Compl. Filed:    March 24, 2010<br>Trial Date:         None<br><br>*Honorable Susan Illston* |

– 1 –

## STIPULATION

WHEREAS, on July 7, 2010, this Court held its initial status conference in this matter. The Court ordered the parties to participate in mediation and scheduled a further status conference for September 10, 2010; and

WHEREAS, discovery is underway: Plaintiff's deposition in scheduled for September 7, 2010, and Plaintiff has produced documents; Defendant has responded to written discovery and also has produced documents; and

WHEREAS, the deadline for the parties to mediate is September 30, 2010, but the parties have not yet engaged in mediation. The parties have been in contact with the mediator and have scheduled a conference call with the mediator on September 8, 2010, to schedule a mediation session in late September; and

WHEREAS, the parties do not have any additional matters to report to the Court:

IT IS THEREFORE STIPULATED by and between Plaintiffs and Defendant, through their undersigned counsel of record, that good cause exists to continue the upcoming status conference from September 10, 2010 by approximately 60-days, and the parties therefore request such a continuance.

**SO STIPULATED:**

DATED: September 3, 2010        REED SMITH LLP

By____/s/_____
    David S. Reidy
    Attorneys for Defendant
    BAC Home Loans Servicing, LP


DATED: September 3, 2010        LAW OFFICE OF WILLIAM E. KENNEDY

By____/s/_____
    William E. Kennedy
    Attorneys for Plaintiffs
    William G. Stewart and Nancy Stewart

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, David S. Reidy, am the ECF User whose ID and password are being used to file this STIPULATION EXTENDING TIME FOR FURTHER CASE MANAGEMENT CONFERENCE; and [PROPOSED] ORDER. In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this day September 3, 2010, at San Francisco, California.

By   /s/
David S. Reidy

# ORDER

IT IS THEREFORE ORDERED, based on the above stipulation of the parties and good cause appearing thereon, that the date of Further Case Management Conference in this action shall be extended 60 days, from September 10, 2010 to November __2__, 2010 at __3 p.m.__ .

**SO ORDERED:**

DATED: _____, 2010

_____
Hon. Susan Illston
United States District Court Judge