| | |
|---|---|
| 1 | David C. Powell (SBN 129781)<br>Email:  dpowell@reedsmith.com |
| 2 | David S. Reidy (SBN 225904)<br>Email:  dreidy@reedsmith.com |
| 3 | Amy Lifson-Leu (SBN 260062)<br>Email:  alifsonleu@reedsmith.com |
| 4 | REED SMITH LLP<br>101 Second Street, Suite 1800 |
| 5 | San Francisco, CA  94105<br>Telephone:     +1 415 543 8700 |
| 6 | Facsimile:      +1 415 391 8269 |
| 7 | Attorneys for Defendant<br>BAC Home Loans Servicing, LP |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM G. STEWART AND NANCY STEWART,<br><br>                                Plaintiffs,<br><br>          vs.<br><br>BAC HOME LOANS SERVICING, LP, and Does 1 - 100,<br><br>                                Defendants. | Civil Action No. CV 10-01225SI<br><br>**STIPULATION EXTENDING TIME FOR FURTHER CASE MANAGEMENT CONFERENCE; and [PROPOSED] ORDER**<br><br>Date:  January 28, 2011<br>Time:  3:00 pm<br><br>Compl. Filed:       March 24, 2010<br>Trial Date:           None<br><br>***Honorable Susan Illston*** |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 1 –
STIPULATION EXTENDING TIME FOR FURTHER CASE MANAGEMENT CONFERENCE

## STIPULATION

WHEREAS, on July 7, 2010, this Court held its initial status conference in this matter. The Court ordered the parties to participate in mediation and scheduled a further status conference for September 10, 2010;

WHEREAS, the parties stipulated to, and the Court ordered that the September 10, 2010 status conference be continued to November 2, 1010;

WHEREAS, the Court subsequently continued the status conference to January 28, 2011;

WHEREAS, the deadline for the parties to mediate is January 14, 2011, but the parties have not yet engaged in mediation. The parties have been in contact with the mediator and have scheduled a mediation for January 31, 2011. The parties were unable to choose an earlier date that worked for all involved; and

WHEREAS, the parties do not have any additional matters to report to the Court:

IT IS THEREFORE STIPULATED by and between Plaintiffs and Defendant, through their undersigned counsel of record, that good cause exists to continue the upcoming status conference from January 28, 2011 by approximately 30 days, and the parties therefore request such a continuance.

**SO STIPULATED:**

DATED: January 18, 2011    REED SMITH LLP

By   /s/
     David S. Reidy
     Attorneys for Defendant
     BAC Home Loans Servicing, LP

DATED: January 18, 2011    LAW OFFICE OF WILLIAM E. KENNEDY

By   /s/
     William E. Kennedy
     Attorneys for Plaintiffs
     William G. Stewart and Nancy Stewart

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, David S. Reidy, am the ECF User whose ID and password are being used to file this STIPULATION EXTENDING TIME FOR FURTHER CASE MANAGEMENT CONFERENCE; and [PROPOSED] ORDER.  In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from the other signatory.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this day January 18, 2011, at San Francisco, California.

By     /s/_____
       David S. Reidy

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**ORDER**

IT IS THEREFORE ORDERED, based on the above stipulation of the parties and good cause appearing thereon, that the date of Further Case Management Conference in this action shall be continued to ___2/25/11_____, 2011 at __3 PM____.

**SO ORDERED:**

DATED: _____, 2011



_____
Hon. Susan Illston
United States District Court Judge