1  David C. Powell (SBN 129781)
   Email: dpowell@reedsmith.com
2  David S. Reidy (SBN 225904)
   Email: dreidy@reedsmith.com
3  Amy Lifson-Leu (SBN 260062)
   Email: alifsonleu@reedsmith.com
4  REED SMITH LLP
   101 Second Street, Suite 1800
5  San Francisco, CA  94105
   Telephone:   +1 415 543 8700
6  Facsimile:    +1 415 391 8269

7  Attorneys for Defendant
   BAC Home Loans Servicing, LP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM G. STEWART AND NANCY STEWART,<br><br>            Plaintiffs,<br><br>     vs.<br><br>BAC HOME LOANS SERVICING, LP, and Does 1 - 100,<br><br>            Defendants. | Civil Action No. CV 10-01225SI<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT BAC HOME LOANS SERVICING, LP TO RESPOND TO FIRST AMENDED COMPLAINT; and [PROPOSED] ORDER**<br><br>Compl. Filed:     March 24, 2010<br>Trial Date:         None<br><br>***Honorable Susan Illston*** |

– 1 –
STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO FIRST AMENDED COMPLAINT

## STIPULATION

WHEREAS, on April 15, 2011, Plaintiffs William Stewart and Nancy Stewart filed a First Amended Complaint;

WHEREAS, according to Federal Rule of Civil Procedure 12, the deadline for Defendant BAC Home Loans Servicing, LP to respond to Plaintiffs' First Amended Complaint is May 2, 2011; and

WHEREAS, Defendant believes that an additional week is needed to adequately respond to the First Amended Complaint; and

WHEREAS, the parties agree that Defendant may have until May 9, 2011 to respond to the First Amended Complaint;

IT IS THEREFORE STIPULATED by and between Plaintiffs and Defendant, through their undersigned counsel of record, that good cause exists to continue the deadline for Defendant to respond to the First Amended Complaint from May 2, 2011 by approximately 7 days, and the parties therefore request such a continuance.

**SO STIPULATED:**

DATED:  April 28, 2011          REED SMITH LLP

By____/s/_____
David S. Reidy
Attorneys for Defendant
BAC Home Loans Servicing, LP

DATED:  April 28, 2011          LAW OFFICE OF WILLIAM E. KENNEDY

By____/s/_____
William E. Kennedy
Attorneys for Plaintiffs
William G. Stewart and Nancy Stewart

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, David S. Reidy, am the ECF User whose ID and password are being used to file this STIPULATION EXTENDING TIME FOR FURTHER CASE MANAGEMENT CONFERENCE; and [PROPOSED] ORDER.  In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from the other signatory.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this day April 28, 2011, at San Francisco, California.

By       /s/
     David S. Reidy

**ORDER**

IT IS THEREFORE ORDERED, based on the above stipulation of the parties and good cause appearing thereon, that the deadline for Defendant BAC Home Loans Servicing, LP to respond to the First Amended Complaint in this action shall be continued to __May 9__, 2011.

**SO ORDERED:**

DATED: ___May 2___, 2011

_____
Hon. Susan Illston
United States District Court Judge