AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| WILLIAM G. STEWART AND NANCY STEWART )<br>)<br>*Plaintiff* )<br>)<br>v. )<br>BAC HOME LOANS SERVICING, LP; EQUIFAX )<br>INFORMATION SERVICES, LLC; EXPERIAN )<br>INFORMATION SOLUTIONS, INC.; and TRANS )<br>UNION LLC  *Defendant* ) | Civil Action No. 10-01225SI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BAC HOME LOANS SERVICING, LP; EQUIFAX INFORMATION SERVICES, LLC EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC

(Addresses listed on Attachment)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

William E. Kennedy         Robert David Humphries
Law Office of William E. Kennedy   Lucius James Wallace
2797 Park Avenue, Suite 201    9202 South Toledo Avenue
Santa Clara, CA 95050       Tulsa, OK 74137
(408) 241-1000           (918) 747-5300

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT **RICHARD W. WIEKING**

YUMIKO SAITO

Date: MAY 04 2011

*Signature of Clerk or Deputy Clerk*

## Attachment to SUMMONS IN A CIVIL ACTION

To:   BAC HOME LOANS SERVICING, LP
       c/o C T CORPORATION SYSTEM
       818 W. 7th St.
       Los Angeles, CA  90017

       EQUIFAX INFORMATION SERVICES, LLC
       c/o Prentice-Hall Corporation System, Inc.
       2730 Gateway Oaks Dr. Suite 100
       Sacramento, CA 95833

       EXPERIAN INFORMATION SOLUTIONS, INC.
       c/o C T CORPORATION SYSTEM
       818 W. 7th St.
       Los Angeles, CA  90017

       TRANS UNION LLC
       c/o Prentice-Hall Corporation System, Inc.
       2730 Gateway Oaks Dr. Suite 100
       Sacramento, CA 95833

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 10-01225SI

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*
was received by me on *(date)*          .

☐ I personally served the summons on the individual at *(place)*
on *(date)*          ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)*          , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*          , who is
designated by law to accept service of process on behalf of *(name of organization)*
on *(date)*          ; or

☐ I returned the summons unexecuted because          ; or

☐ Other *(specify)*:


My fees are $          for travel and $          for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc: