1  Michael G. Morgan (State Bar No. 170611)
   mgmorgan@JonesDay.com
2  Jason C. Wright (State Bar No. 261471)
   jcwright@JonesDay.com
3  JONES DAY
   555 South Flower Street
4  Fiftieth Floor
   Los Angeles, CA  90071-2300
5  Telephone:      (213) 489-3939
   Facsimile:      (213) 243-2539
6
   Attorneys for Defendant
7  EXPERIAN INFORMATION SOLUTIONS, INC.

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11
    WILLIAM G. STEWART AND NANCY          Case No.  10-01225SI
12  STEWARD,
                                          JOINT STIPULATION TO EXTEND
13          Plaintiff,                    TIME FOR EXPERIAN
                                          INFORMATION SOLUTIONS, INC.
14      v.                                TO RESPOND TO THE COMPLAINT

15  BAC HOME LOANS SERVICING, LP;         Complaint Served:  May 5, 2011
    EQUIFAX INFORMATION SERVICES,         Current Response Date:  May 26, 2011
16  LLC; EXPERIAN INFORMATION             New Response Date:  June 9, 2011
    SOLUTIONS, INC.; AND TRANS UNION
17  LLC,

18          Defendant.

19

IT IS SO ORDERED
*signature*
Judge Susan Illston

LAI-3131946v1

| | |
|---|---|
| 1 | Pursuant to Local Rule 6-1(a), Plaintiffs William Stewart and Nancy Stewart ("Plaintiffs") |
| 2 | and Defendant Experian Information Solutions, Inc. ("Experian") hereby agree and stipulate to |
| 3 | extend by fourteen (14) days the time for Experian to answer or otherwise respond to Plaintiffs' |
| 4 | complaint, continued from May 26, 2011 to June 9, 2011. |

5   Dated: May 24, 2011                                Jones Day

7                                                     By: __//s//_____
                                                           Michael G. Morgan
8
                                                      Counsel for Defendant
9                                                     EXPERIAN INFORMATION SOLUTIONS,
                                                      INC.
10

11  Dated: May 24, 2011                               LAW OFFICE OF WILLIAM E. KENNEDY

12                                                    By: __//s//_____
                                                           William E. Kennedy
13

14                                                    Counsel for Plaintiffs

15                                                    WILLIAM G. STEWART AND NANCY
                                                      STEWART