IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM G. STEWART, ET AL., | No. C 10-01225 SI |
| Plaintiff, | **SECOND PRETRIAL PREPARATION ORDER** |
| v. | |
| BAC HOME LOANS SERVICING, LP., | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: September 16, 2011 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is February 24, 2012.

DESIGNATION OF EXPERTS: 11/23/11; REBUTTAL: 12/19/11.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is February 24, 2012.

DISPOSITIVE MOTIONS **SHALL** be filed by March 30, 2012;

Opp. Due April 13, 2012; Reply Due April 20, 2012;

and set for hearing no later than May 4, 2012 at 9:00 AM.

PRETRIAL CONFERENCE DATE: June 5, 2012 at 3:30 PM.

JURY TRIAL DATE: June 18, 2012 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The deadline to amend the pleadings is July 29, 2011.
The Court adjusted the trial schedule as indicated above.
This case shall be referred to a magistrate-judge for settlement purposes. The settlement conference shall occur in December 2011.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 6/29/11

SUSAN ILLSTON
United States District Judge