1  LAW OFFICE OF WILLIAM E. KENNEDY
   WILLIAM E. KENNEDY (CSB #158214)
2  2797 Park Avenue, Suite 201
   Santa Clara, California 95050
3  (408) 241-1000 phone
   (408) 241-1500 fax
4  wkennedy@kennedyconsumerlaw.com

5  Robert David Humphreys (OBA 12346 *pro hac vice*)
   Humphreys Wallace Humphreys, P.C.
6  9202 S. Toledo Avenue
   Tulsa, OK 74137
7  (918) 747-5300 Telephone
   (918) 747-5311 Facsimile
8  david@hwh-law.com

9  Lucius James Wallace (OBA 16070 *pro hac vice*)
   Humphreys Wallace Humphreys, P.C.
10 9202 S. Toledo Avenue
   Tulsa, OK 74137
11 (918) 747-5300 Telephone
   (918) 747-5311 Facsimile
12 luke@hwh-law.com

13 Attorney for Plaintiffs WILLIAM G. STEWART AND NANCY STEWART

14

15              **UNITED STATES DISTRICT COURT**

16              **NORTHERN DISTRICT OF CALIFORNIA**

17

| | |
|---|---|
| 18  WILLIAM G. STEWART AND NANCY STEWART, | ) Case No.: 10-01225SI |
| 19       Plaintiffs | ) **STIPULATION AND [PROPOSED]** ) **ORDER CHANGING DATE OF** ) **SETTLEMENT CONFERENCE** |
| 20  vs. | ) |
| 21  BAC HOME LOANS SERVICING, LP | ) |
| 22       Defendant. | ) |
| 23  _____ | ) |

24      WHEREAS, the parties are currently scheduled to conduct a Settlement Conference with

25  the Hon. Joseph C. Spero on December 5, 2011 at 9:30 a.m.;

26      WHEREAS, the parties, by mutual agreement, wish to continue the Settlement

27  Conference to February 15, 2012 at 9:30 a.m. to facilitate completion of discovery necessary to

28  prepare for the Settlement Conference;

STIPULATION AND [PROPOSED] ORDER CHANGING DATE OF SETTLEMENT CONFERENCE

1

WHEREAS, plaintiff's counsel William E. Kennedy has confirmed with the Hon. Joseph C. Spero's staff that Judge Spero is available February 15, 2012 for a Settlement Conference and has reserved that date, and all parties have affirmed their availability to attend the Settlement Conference on that date;

**SO STIPULATED**

Dated: October 27, 2011  LAW OFFICE OF WILLIAM E. KENNEDY
HUMPHREYS WALLACE HUMPHREYS P.C.

By: /s/
William E. Kennedy
Attorneys for Plaintiffs WILLIAM G. STEWART and NANCY STEWART

Dated: October 27, 2011  REED SMITH LLP

By: /s/
David S. Reidy
Attorneys for Defendant BAC Home Loans LP

Dated: October 26, 2011  KING & SPALDING LLP
By: /s/
Ann K. Broussard
Attorneys for Defendant EQUIFAX INFORMATION SERVICES LLC

Dated: October 26, 2011  JONES DAY
By: /s/
Jason C. Wright
Attorneys for Defendant EXPERIAN INFORMATION SOLUTIONS

Dated: October 26, 2011  SCHUCKIT & ASSOCIATES

BY: /s/
Karen Butler Reisinger
ATTORNEYS FOR DEFENDANT TRANS UNION LLC

STIPULATION AND [~~PROPOSED~~] ORDER CHANGING DATE OF SETTLEMENT CONFERENCE

2

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

William E. Kennedy, attest that concurrence in the filing of this document has been obtained from the other signatories.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 27, 2011 at Santa Clara, California.

Dated: October 27, 2011         LAW OFFICE OF WILLIAM E. KENNEDY

                        By:     /s/
                                William E. Kennedy
                                Attorneys for Plaintiffs WILLIAM G. STEWART and
                                NANCY STEWART

**ORDER**

The Settlement Conference currently scheduled for December 5, 2011 at 9:30 a.m. is rescheduled to February 15, 2012 at 9:30.  The due dates for the Settlement Conference Statement shall be calculated from February 15, 2012.

**SO ORDERED**

Date:   11/2/11                         _____
                                        Hon. Joseph C. Spero
                                        United States Magistrate Judge