IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM G. STEWART, *et al.*, | No. C 10-1225 SI |
| Plaintiffs, | **ORDER RE: MOTION TO ENLARGE REBUTTAL EXPERT DEADLINE** |
| v. | |
| BAC HOME LOANS SERVICING, LP., *et al.*, | |
| Defendants. | |

On February 14, 2012, defendants filed a joint motion to continue the February 15, 2012 deadline for identification of rebuttal experts to March 2, 2012. Docket No. 117. No response to that time-sensitive scheduling motion was filed, nor has any party made further reference to the issue. The motion is DISMISSED AS MOOT.

**IT IS SO ORDERED.**

Dated: March 27, 2012

SUSAN ILLSTON
United States District Judge