1  LAW OFFICE OF WILLIAM E. KENNEDY
   WILLIAM E. KENNEDY (CSB #158214)
2  2797 Park Avenue, Suite 201
   Santa Clara, California 95050
3  (408) 241-1000 phone
   (408) 241-1500 fax
4  wkennedy@kennedyconsumerlaw.com

5  Robert David Humphreys (pro hac vice)
   Humphreys Wallace Humphreys, P.C.
6  9202 S. Toledo Avenue
   Tulsa, OK 74137
7  (918) 747-5300 Telephone
   (918) 747-5311 Facsimile
8  david@hwh-law.com

9  Lucius James Wallace (pro hac vice)
   Humphreys Wallace Humphreys, P.C.
10 9202 S. Toledo Avenue
   Tulsa, OK 74137
11 (918) 747-5300 Telephone
   (918) 747-5311 Facsimile
12 luke@hwh-law.com

13 Attorneys for Plaintiffs WILLIAM G. STEWART AND NANCY STEWART

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| WILLIAM G. STEWART AND NANCY STEWART, | ) Case No.: 10-01225SI |
|---|---|
| Plaintiffs | ) **STIPULATION OF DISMISSAL REGARDING BAC HOME LOANS SERVICING, LP ONLY** |
| vs. | ) |
| BAC HOME LOANS SERVICING, LP, et al. | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between Plaintiffs WILLIAM G. STEWART AND NANCY STEWART and Defendant BAC HOME LOANS SERVICING, LP that the above-caption action against BAC HOME LOANS SERVICING, LP **ONLY** be and hereby is dismissed with prejudice.

1 | Dated: March 20, 2012     LAW OFFICE OF WILLIAM E. KENNEDY

2

3                        By:    /s/
                                    William E. Kennedy
                                    Attorneys for Plaintiffs WILLIAM G. STEWART and

4                                     NANCY STEWART

5 | Dated: March 20, 2012     REED SMITH LLP

6

7                        By:    /s/
                                    David S. Reidy
                                    Attorneys for Defendant BAC Home Loans LP

**UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA**

IT IS SO ORDERED

/s/ Susan Illston
Judge Susan Illston

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Matthew J. Brady, am the ECF User whose ID and password are being used to file this STIPULATION OF DISMISSAL REGARDING BAC HOME LOANS SERVICING, LP ONLY. In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 11, 2012, at San Francisco, California.

By_____
Matthew J. Brady