1 | LAW OFFICE OF WILLIAM E. KENNEDY
WILLIAM E. KENNEDY (CSB #158214)
2797 Park Avenue, Suite 201
Santa Clara, California 95050
(408) 241-1000 phone
(408) 241-1500 fax
wkennedy@kennedyconsumerlaw.com

Robert David Humphreys (pro hac vice)
Humphreys Wallace Humphreys, P.C.
9202 S. Toledo Avenue
Tulsa, OK  74137
(918) 747-5300 Telephone
(918) 747-5311 Facsimile
david@hwh-law.com

Lucius James Wallace (pro hac vice)
Humphreys Wallace Humphreys, P.C.
9202 S. Toledo Avenue
Tulsa, OK  74137
(918) 747-5300 Telephone
(918) 747-5311 Facsimile
luke@hwh-law.com

Attorneys for Plaintiffs WILLIAM G. STEWART AND NANCY STEWART

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM G. STEWART AND NANCY STEWART,<br><br>    Plaintiffs<br><br>vs.<br><br>BAC HOME LOANS SERVICING, LP; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC<br><br>    Defendants. | Case No.: 10-01225SI<br><br>**STIPULATION OF DISMISSAL REGARDING EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC** |

IT IS HEREBY STIPULATED by and between Plaintiffs WILLIAM G. STEWART AND NANCY STEWART and Defendants EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC

STIPULATION OF DISMISSAL REGARDING EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC

1

1 | that the above-caption action is dismissed with prejudice as to EQUIFAX INFORMATION
2 | SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION
3 | LLC. Each party is to bear their own attorney's fees and costs.

5 | Dated: April 13, 2012          LAW OFFICE OF WILLIAM E. KENNEDY

7 |                       By:     /s/_____
                                 William E. Kennedy
                                 Attorneys for Plaintiffs WILLIAM G. STEWART and
8 |                              NANCY STEWART

9 | Dated: April 13, 2012          JONES DAY

11 |                             By: /s/_____
                                 Jason C. Wright
                                 Attorneys for Defendant EXPERIAN INFORMATION
12 |                             SOLUTIONS

13 | Dated: April 13, 2012          SCHUCKIT & ASSOCIATES, P.C.

15 |                             BY: /S/_____
                                 William R. Brown
                                 ATTORNEYS FOR DEFENDANT TRANS UNION LLC

16 | Dated: April 13, 2012          KING & SPALDING LLP

18 |                             BY: /S/_____
                                 J. Anthony Love
19 |                             ATTORNEYS FOR DEFENDANT EQUIFAX
                                 INFORMATION SERVICES, LLC

**IT IS SO ORDERED**

22 | Dated:    5/2/12            _____
                                 United States District Judge
23 |                             Honorable Susan Illston

STIPULATION OF DISMISSAL REGARDING EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC

2